**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1274**

———————————

AMY SCHUELE; DOUGLAS SCHUELE, individually and
on behalf of all others similarly situated,

Plaintiffs - Appellants,

versus

STRATIA GROUP, INCORPORATED; GREG BARRETT,

Defendants - Appellees,

and

STRATIA EDUCATION, LLC; DANIEL E. HAUG;
CAPITAL RESOURCE GROUP, INCORPORATED,

Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-
2970-AMD)

———————————

Submitted: November 4, 2005        Decided: November 29, 2005

———————————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mark E. Herman, Baltimore, Maryland, for Appellants.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amy Schuele and Douglas Schuele appeal the district court's orders dismissing their complaint without prejudice based on failure to serve process and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Schuele v. Stratia Group, Inc., No. CA-04-2970-AMD (D. Md. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED